**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**


| | |
|---|---|
| **MARLON J. DAILEY, # 189344** | : |
| **Plaintiff,** | : |
| **vs.** | :   **CIVIL ACTION 21-0081-KD-MU** |
| **MARY COOKS,** *et al.,* | : |
| **Defendants.** | : |


## **<u>ORDER</u>**

This action is before the Court on Plaintiff Dailey's "Motion to Reconsider, et al."
(Doc. 9, PageID.49), in which he requests the Court to reconsider a final judgment
entered on May 3, 2021.  (*Id.*).  No final judgment, however, has been entered in his
action on this Court's docket.  But a final judgment was entered in Dailey's other action,
*Dailey v. Dunn, et al.,* 2:21-cv-00157-WHA-JTA (M.D. Ala. May 3, 2021), in the United
States District Court for the Middle District of Alabama.  Moreover, the Motion's caption
indicates that he intended to file the Motion in the Middle District in *Dailey v. Dunn,* 2:21-
cv-0157-WHA, even though the envelope containing the Motion was addressed to this
Court.

Accordingly, it is **ORDERED** that a copy of the Motion be sent to U.S. District
Court for the Middle District for filing in Dailey's action on its docket, *Dailey v. Dunn, et
al.,* 2:21-cv-00157-WHA-JTA (M.D. Ala. May 3, 2021), along with a copy of this order.

The undersigned, having reviewed the Motion, **FINDS** that the Motion pertains to

Dailey's Middle District action and no further ruling on the Motion is required by this

Court.

        **DONE** and **ORDERED** this 28th day of May, 2021.


                                /s/ P. BRADLEY MURRAY
                                **UNITED STATES MAGISTRATE JUDGE**