IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARLON J. DAILEY, # 189344 | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 21-0081-KD-MU |
| MARY COOKS, *et al.*, | : | |
| Defendants. | : | |

## REPORT AND RECOMMENDATION

Plaintiff, an Alabama prison inmate proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983, together with a Motion to Proceed Without Prepayment of Fees. This action was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. Gen.LR 72(a)(2)(R) and is now before the Court for Plaintiff's failure to pay the partial filing fee.

Upon consideration of Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 6, PageID.34), the Court ordered, on May 13, 2021, he pay a partial filing fee of $3.67 within twenty-one days. (Doc. 7 at 2, PageID.45). Plaintiff subsequently filed two other documents that pertained to his lawsuit in the Middle District. (Doc. 8, PageID.47 - lack of a printout; Doc. 9, PageID.49 – Motion to Reconsider). Due to the confusion, the Court *sua sponte* granted Plaintiff an extension of time to pay the partial filing fee by June 21, 2021. (Doc. 10, PageID.52). Plaintiff was cautioned that the failure to pay the partial filing fee would result in the dismissal of his action for failure to prosecute and to comply with the Court's order. (*Id.*; *see* Doc. 7 at 2, PageID.45). To date, Plaintiff has

not paid the partial filing fee of $3.67.

Courts are vested with the power to dismiss an action when the plaintiff fails to pay the partial filing fee. *Wilson v. Sargent*, 313 F.3d 1315, 1331-32 & n.7 (11th Cir. 2002); *see Link v. Wabash R.R.*, 370 U.S. 626, 630-31, 82 S.Ct. 1386, 1389, 8 L.Ed.2d 734 (1962) (the court's authority to dismiss an action *sua sponte* for lack of prosecution is considered an inherent power of the court); *Saint Vil v. Premier Mortg. Funding Corp.*, 715 F. App'x 912, 915 (11th Cir. 2017) ("Rule 41(b) authorizes a district court to dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules.") (citation and internal quotation marks omitted). However, when dismissing an action for failure to pay the partial filing fee, courts must give the plaintiff an opportunity to explain his failure to pay the partial filing fee. *Wilson,* 313 F.3d at 1321. Thus, if Plaintiff disputes the finding of failure to pay the partial filing fee and wants to proceed with the litigation of his action, he shall state in an objection to the Report and Recommendation the reasons for his failure to pay. *Id.* Alternatively, Plaintiff can pay the partial filing fee as previously ordered in the period for objection.

Accordingly, it is recommended that this action be dismissed without prejudice for Plaintiff's failure to comply with the Court's order and to prosecute this action by paying the partial filing fee.

### **NOTICE OF RIGHT TO FILE OBJECTIONS**

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. *See* 28 U.S.C. § 636(b)(1); FED.R.CIV.P. 72(b);

S.D. Ala. Gen.LR 72(c).  The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice." 11th Cir. R. 3-1.  In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

**DONE** and **ORDERED** this 2nd day of August, 2021.

<u>/s/ P. BRADLEY MURRAY</u>
**UNITED STATES MAGISTRATE JUDGE**