IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARLON J. DAILEY,**     ) | |
|      Plaintiff,     ) | |
|      ) | |
| **v.**     ) | |
|      ) | CIVIL ACTION 1:21-00081-KD-MU |
| **MARY COOKS,** *et al.*,     ) | |
|      Defendants.     ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice due to Plaintiff's failure to comply with the Court's order and to prosecute this action by paying the partial filing fee.

**DONE** and **ORDERED** this the **7th** day of **September 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**